**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | |
|---|---|
| JOY McFARLAND, Individually and on Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No.: 3:16-cv-00100-JLH |
| NESTLÉ USA, INC. and NESTLÉ PREPARED FOODS COMPANY, ) ) ) | |
| Defendants. ) | |

## **ORDER**

Pending before the Court is the Parties' Joint Motion to File Exhibit E to the Parties' Settlement Agreement Under Seal. [Dkt. No. 28]. For good cause shown, the Court **GRANTS** the Motion. The parties may file Exhibit E to their settlement agreement under seal in accordance with Local Rules for the Eastern District of Arkansas.

**SO ORDERED**, this 6th day of April, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE