IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TAMMY S. HETHCOAT                                                                    PLAINTIFF

V.                              CASE NO. 3:16-CV-00335-JTK

NANCY A. BERRYHILL, *Commissioner*
Social Security Administration                                                       DEFENDANT

## ORDER

Pending is Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act

("EAJA"), 28 U.S.C. § 2412 (DE #21).   In the motion, Plaintiff requests $2,513.57 in fees and

expenses.   The Commissioner has no objection.   After careful consideration, the Court hereby

finds that the motion should be granted and Plaintiff be awarded reasonable attorney's fees.

EAJA fees are payable to Plaintiff, not Plaintiff's attorney, and such fees are subject to an

offset when the Plaintiff has outstanding federal debts.   *See Astrue v. Ratliff*, 130 S. Ct. 2521

(2010).   Therefore, subject to any offset, payment by check to the order of the Plaintiff, in care

of his attorney, will issue to Plaintiff's attorney.

Accordingly, the Application for Attorney Fees (DE #21) is GRANTED. Plaintiff is

awarded $2,513.57.

IT IS SO ORDERED this 23rd day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE